UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MADRID,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>P. D. PEASE, et al.,<br><br>　　　　　Defendants. | 1:15-cv-00770-LJO-GSA (PC)<br><br>ORDER DENYING MOTION FOR INITIATION OF SERVICE<br>(ECF No. 8.) |

## I.  BACKGROUND

John Madrid ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on May 21, 2015.  (ECF No. 1.)  On June 24, 2015, Plaintiff filed the First Amended Complaint, together with a motion for the court to initiate service of process upon the defendants.  (ECF Nos. 7, 8.)

Plaintiff's motion for initiation of service is now before the court.

## II.  SCREENING AND SERVICE OF PROCESS

The court is required by law to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity, such as the instant action brought pursuant to 42 U.S.C. § 1983. 28 U.S.C. § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

With respect to service, the court will, *sua sponte*, direct the United States Marshal to serve the complaint only after the court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants.

Plaintiff requests the court to initiate service of process upon defendants in this action. However, Plaintiff's First Amended Complaint was filed less than a week ago and awaits the court's screening. Therefore it is not time for service in this action.

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for initiation of service of process, filed on June 25, 2015, is DENIED.

IT IS SO ORDERED.

Dated:  **June 25, 2015**               **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE