# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MADRID,<br><br>        Plaintiff,<br><br>v.<br><br>P. PEASE, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-00770-LJO-BAM (PC)<br><br>ORDER VACATING HEARINGS AND DEADLINES<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE<br><br>(Doc. No. 43) |

       Plaintiff John Madrid is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

       On April 20, 2018, defense counsel filed a stipulation for voluntary dismissal, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 88.) The stipulation is signed and dated by Plaintiff and counsel for Defendants J. Burnes, T. Thatcher, J. Mendez, R. Sauceda, J. Aguerralde, and P. Pease, indicating that the case has been resolved in its entirety, and that each side shall bear their own litigation costs and attorney's fees.

       Considering the parties' stipulation for voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear his or her own litigation costs and attorney's fees. This matter had previously been set for a

1

settlement conference on July 16, 2018. (Doc. No. 42.) That conference is now vacated. The Clerk of the Court is also directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated: **April 23, 2018**         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE